Incorrect Image Deleted